1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   HENDRIX MORENO MONTECASTRO,        )   No.: 1:20-cv-00689-NONE-SAB (PC)
                                        )
12                   Plaintiff,         )
                                        )
13          v.                          )   ORDER ADOPTING FINDINGS AND
                                        )   RECOMMENDATIONS
14   NEWSOM, *et al.*,                  )
                                        )   (Doc. No. 9)
15                   Defendants.        )
                                        )
16                                      )
                                        )
17                                      )

18          Plaintiff Hendrix Moreno Montecastro is proceeding *pro se* and *in forma pauperis* in this civil

19   rights action pursuant to 42 U.S.C. § 1983.

20          On November 4, 2020, the assigned magistrate judge issued findings and recommendations

21   recommending that this action be dismissed due to plaintiff's failure to comply with a court order,

22   failure to prosecute, and failure to state a cognizable claim for relief.  (Doc. No. 9.)  The findings and

23   recommendations were served on plaintiff and contained notice that any objections were to be filed

24   within fourteen (14) days after service.  (*Id.* at 15.)  No objections have been filed, and the deadline to

25   do so has expired.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de*

27   *novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and

28   recommendations to be supported by the record and by proper analysis.

1

Accordingly,

1.  The findings and recommendations issued on November 4, 2020, (Doc. No. 9), are adopted in full;

2.  The instant action is dismissed for failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief; and

3.  The Clerk of Court shall assign a district judge to the case for the purposes of closure and then terminate this action.

IT IS SO ORDERED.

Dated: __**December 10, 2020**__ _____

UNITED STATES DISTRICT JUDGE